UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNY MEDINA JIMENEZ,

          Plaintiff,

       v.

TESLA, INC.,

          Defendant.

Case No. 26-cv-01727-RS

**ORDER**

Pursuant to the parties' stipulation, this proceeding is stayed in its entirety pending the resolution of the arbitration of plaintiff's claims. The court retains jurisdiction to lift the stay, confirm, vacate, or otherwise review any arbitral award under the Federal Arbitration Act, 9 U.S.C. §§ 1 *et. seq.* All court dates and deadlines are vacated, and the Clerk is directed to close the file for administrative purposes. Any party may seek to reopen in the event further court proceedings become appropriate and necessary.

**IT IS SO ORDERED**.

Dated: May 15, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California